[No. 64499-8-I.   Division One.   May 9, 2011.]

*In the Matter of the Marriage of* PAUL HENRI MONGAUZY, *Appellant*, and KATHLEEN DIANE MONGAUZY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-3-01206-4, Mariane C. Spearman, J., entered November 20, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Grosse and Cox, JJ.

[No. 64558-7-I.   Division One.   May 9, 2011.]

RONALD PACE, *Appellant*, v. JAMES H. DAVIS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-2-03073-3, Gerald L. Knight, J., entered November 16, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Ellington and Lau, JJ.

[No. 64573-1-I.   Division One.   May 9, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTAURUS ANTWON WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12886-1, Michael Heavey, J., entered November 16, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Ellington, JJ.

[No. 64813-6-I.   Division One.   May 9, 2011.]

PACIFIC SUPREME SEAFOODS, LLC, ET AL., *Respondents*, v. HQ SUSTAINABLE MARITIME MARKETING, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-22692-1, Jeffrey M. Ramsdell, J., entered December 22, 2009. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Lau and Spearman, JJ.